Judgment rendered April 27, 2022.

No. 54,161-CA

ON REHEARING

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

FEDERAL INSURANCE                    Plaintiffs-Appellees
COMPANY, COMMERCE AND
INDUSTRY INSURANCE
COMPANY, LEXINGTON
INSURANCE COMPANY, EXCO
OPERATING COMPANY,
LP AND EXCO RESOURCES,
INC.

versus

SELECT ENERGY SERVICES,              Defendants-Appellants
LLC, SES HOLDINGS, LLC,
ZURICH AMERICAN
INSURANCE COMPANY,
AMERICAN GUARANTEE AND
LIABILITY INSURANCE
COMPNAY AND EVANSTON
INSURANCE COMPANY

* * * * *

Per Curiam on Rehearing
Originally Appealed from the
Forty-Second Judicial District Court for the
Parish of DeSoto, Louisiana
Trial Court No. 77378

Honorable Eric R. Harrington, Judge *(Pro Tempore)*

* * * * *

GAUDRY, RANSON, HIGGINS &          Counsel for Appellants,
GREMILLION, L.L.C.                 Select Energy Services,
By:  Michael D. Peytavin          LLC and SES Holdings,
                                  LLC

BRINEY FORET CORRY, LLP
By: Charles J. Foret
    Jason Roy Garrot

Counsel for Appellants,
Zurich American
Insurance Company and
American Guarantee &
Liability Insurance
Company

FRILOT, LLC
By: Danica Benbow Denny
    Kathleen Pontier Rice
    Patrick J. McShane

Counsel for Appellant,
Alterra American
Insurance Company

GIEGER, LABORDE & LAPEROUSE, LLC
By: Robert Irwin Siegel
    Jameson Michael Taylor

Counsel for Appellees,
Federal Insurance
Company, Commerce &
Industry Insurance
Company, and
Lexington Insurance
Company

ADAMS AND REESE, LLP
By: Martin A. Stern
    Raymond Peter Ward

Counsel for Appellees,
Federal Insurance
Company, Commerce &
Industry Insurance
Company, and
Lexington Insurance
Company

BARRASSO, USDIN, KUPPERMAN,
FREEMAN & SARVER, LLC
By: Steven William Usdin
    Stephen R. Klaffky

Counsel for Appellees,
EXCO Operating
Company, LP & EXCO
Resources, Inc.

\* \* \* \* \*

Before MOORE, PITMAN, STONE, STEPHENS, and ROBINSON, JJ.

**Per Curiam**

We granted rehearing solely for the purpose of correcting an error in stating that Select's insurers paid $31 million in settlement of the Paredes lawsuit. Select's insurers actually settled that case for $1 million. Our error was the result of transposing the settlement amounts in the Paredes lawsuit and the Rodgers lawsuit. Our original opinion is hereby affirmed, and is corrected as stated herein.